

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00821-CV

**GOLDEN REHABILITATION CENTER, L.L.C.**,
Appellant

v.

Juanita **PEREZ**, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of
Elisa Zapata,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06946
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is reinstated, the stay imposed upon the trial court proceedings is lifted and this appeal is dismissed. The cause is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

SIGNED July 15, 2015.

_____
Jason Pulliam, Justice